Neama Rahmani (State Bar No. 223819)
Ronald L. Zambrano (State Bar No. 255613)
*ron@westcoasttriallawyers.com*
Melineh Kasbarian (State Bar No. 329033)
*melineh@westcoasttriallawyers.com*
WEST COAST EMPLOYMENT LAWYERS, APLC
350 South Grand Avenue, Suite 3325
Los Angeles, California 90071
Telephone: (213) 927-3700
Facsimile: (213) 927-3701

Attorneys for Plaintiff,
MADISON RAMOS, and Other
Aggrieved Employees and On Behalf of
the General Public As Private
Attorneys General


CDF LABOR LAW LLP
Kent J. Sprinkle, State Bar No. 226971
ksprinkle@cdflaborlaw.com
Kimberly M. Jansen, State Bar No. 243216
kjansen@cdflaborlaw.com
Brian E. Cole II, State Bar No. 305830
bcole@cdflaborlaw.com
18300 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone: (949) 622-1661

Attorneys for Defendant
FUN FACTORY, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADISON RAMOS, On Behalf of Herself and All Others Similarly Situated and On Behalf of the General Public as Private Attorneys General;<br><br>Plaintiff,<br><br>v.<br><br>FUN FACTORY, INC., a Hawaii business organization; and DOES 1 through 10,<br><br>Defendant. | CASE NO.: 2:20-CV-04967 SVW (JPRx)<br><br>*Assigned for all purposes to the Honorable Stephen V. Wilson*<br><br>**JOINT STIPULATION TO DISMISS THE ENTIRE ACTION OF ALL PARTIES AND ALL CAUSES OF ACTIONS WITH PREJUDICE** |

GOOD CAUSE APPEARING AND ON ORDER OF THE COURT, THE ENTIRE ACTION OF ALL PARTIES AND ALL CAUSES OF ACTION IS DISMISSED WITH PREJUDICE.

Dated: December 7, 2020    WEST COAST EMPLOYMENT LAWYERS, APLC

By: */s/ Ronald L. Zambrano*
Ronald L. Zambrano, Esq.
Melineh Kasbarian, Esq.
Attorneys for Plaintiff
MADISON RAMOS

Dated: December 7, 2020    CDF LABOR LAW LLP

By: /s/ Kimberly M. Jansen
Kimberly M. Jansen, Esq.
Attorneys for Defendant
FUN FACTORY, INC.